THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. JOHN O'TOOLE, True Name JOSEPH O'TOOLE, Respondent. THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. VICTOR SILVERMAN, Respondent.— Appeals from orders of the Court of Special Sessions of the City of New York, Borough of Brooklyn, dismissing informations accusing respondents of violations of subdivision 5-a of section 70 of the Vehicle and Traffic Law. Orders unanimously affirmed. The People have saved no questions for review. The orders appealed from were made on trial at the suggestion and on the consent of the District Attorney, after a statement by counsel of the facts which the evidence would establish, to avoid determinations after the facts had been established by evidence, that the evidence was insufficient. If it be assumed that they were not in fact such determinations from which no appeal would lie (Code Crim. Pro., § 518) the People are, nevertheless, in no position to claim that any of their substantial rights have been affected by the determinations made. Present — Nolan, P. J., Wenzel, Murphy, Ughetta and Hallinan, JJ.

CHARLES W. RAPPOLD, Respondent, v. WILBUR SCHROEDER et al., Appellants.— In an action for ejectment, the appeal is from an order denying appellants' motion for summary judgment dismissing the complaint pursuant to rule 113 of the Rules of Civil Practice, and to cancel and discharge of record a *lis pendens*. Order affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Wenzel, Ughetta, Hallinan and Kleinfeld, JJ., concur.

MAX SOHNECK, Appellant, v. DOROTHY ROTHENBERG et al., Respondents.— In an action to recover damages for personal injuries the appeal is from an order dated November 21, 1957, denying appellant's motion to open his default, and from so much of an order dated February 6, 1958 as on reargument adhered to the original decision. Order dated February 6, 1958, insofar as appealed from, affirmed, with $10 costs and disbursements. No opinion. Appeal from order dated November 21, 1957 dismissed, without costs (*Edell* v. *Edell*, 279 App. Div. 657). Nolan, P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ., concur.

CARL SEIDENFRAU, Respondent, v. SAMUEL SUTRO, Appellant, et al., Defendants.— In an action to recover damages for fraud, the appeal is from so much of an order as denies appellant's motion to dismiss the complaint on the ground that it fails to state facts sufficient to constitute a cause of action. Order affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ., concur.

PIETRO TRANI, Respondent, v. M. S. HOEGH MERCHANT, Defendant, and SKIBS A/S ARIZONA, Appellant.— In an action under the Jones Act (U. S. Code, tit. 46, § 688) to recover damages for personal injuries, the appeal is from an order denying appellant's motion to dismiss the complaint for failure to diligently prosecute the action. Order affirmed, without costs. No opinion. Wenzel, Acting P. J., Beldock, Murphy, Hallinan and Kleinfeld, JJ., concur.

VILLAGE OF PORT CHESTER, Appellant, v. FRANCIS J. SHEEHAN, Respondent.— Appeal from so much of an order on reargument which, *inter alia*, confirmed the report of commissioners of appraisal. Order insofar as appealed from unanimously affirmed, without costs. No opinion. Present — Wenzel, Acting P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ.